Electronically FILED by
Superior Court of California,
County of Los Angeles
8/05/2025 1:12 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By S. Ruiz, Deputy Clerk

Michael Freiman, Esq. (SBN 280716)
Law Office of Michael Freiman
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 917-1022
mike@employlegal.com

Attorney for Plaintiff ZHENG DING

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| ZHENG DING, | CASE NO.: 25STCV23021 |
|---|---|
| Plaintiff, | **COMPLAINT FOR:** |
| v. | 1. Discrimination in Violation of FEHA |
| HOME BOX OFFICE, INC.; WARNER MEDIA, LLC; WARNER BROS. DISCOVERY, INC.; and DOES 1 through 20, inclusive, | 2. Failure to Prevent Discrimination (FEHA) |
| | 3. Retaliation in Violation of FEHA |
| | 4. Harassment in Violation of FEHA |
| | 5. Failure to Prevent Harassment in Violation of FEHA |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff ZHENG DING for its Complaint against Defendants HOME BOX OFFICE, INC.; WARNER MEDIA, LLC; WARNER BROS. DISCOVERY, INC.; and DOES 1 through 20, inclusive, hereby complains and alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

1.  Plaintiff Zheng Ding was at all times relevant to the matters alleged in this complaint an individual with its residence in California.

2.  Plaintiff is informed and believes and thereon alleges that the fictitiously-named Defendants sued herein as Does 1 through 20 inclusive, and each of them, are in some manner

responsible for the occurrences, acts, and omissions alleged herein and that Plaintiff's damages were proximately caused by their conduct. The true names and capacities of such fictitiously-named Doe Defendants, whether individual, corporate, partnership, associate or otherwise, are presently unknown to Plaintiff, and Plaintiff will seek leave of the Court to amend this Complaint to assert the true names and capacities of such fictitiously-named Defendants when the same have been ascertained. For convenience, each reference to the named Defendant herein shall also refer to Does 1 through 20, inclusive.

3. Plaintiff is informed and believes and thereon alleges that in committing certain acts herein as alleged, some or all of the Defendants herein named were acting as the agents, joint ventures, partners, representatives, subsidiaries, affiliates and/or employees of some or all of the other Defendants, and that some or all of the conduct of such Defendants, as complained of herein, was within the course and scope of such relationship.

4. Pursuant to Article VI, Section 10 of the California Constitution, subject matter jurisdiction is proper in the Superior Court of California, County of Los Angeles.

5. Pursuant to Section 395 of the California Code of Civil Procedure, venue is proper in the Superior Court of California for the County of Los Angeles, because the Defendant conducted business in Los Angeles County.

**FACTUAL BACKGROUND**

6. Defendants subjected Plaintiff to discrimination/harassment/retaliation on the bases of gender, gender stereotype, and opposition/refusal to perform/disclosure of discrimination/harassment/retaliation.

7. Defendants - including without limitation Plaintiff's direct supervisor – made severe and offensive comments to Plaintiff on the basis of Plaintiff's being a woman including without

COMPLAINT FOR DAMAGES

2

limitation comments denigrating Plaintiff's intelligence, critical thinking skills, personality, technical skills and with an offensive tone meant to belittle Plaintiff and imply Plaintiff was assigned her current position because she was a woman rather than because she is qualified.

8. Plaintiff complained and opposed the treatment to Plaintiff's supervisor, management, Human Resources, and corporate management.

9. Defendant labeled Plaintiff as being "too sensitive" and subjected Plaintiff to other similar offensive comments in response to Plaintiff's complaints meant to end Plaintiff's protected activities.

10. Defendant subjected Plaintiff to discrimination and retaliation by ending Plaintiff's assignment, not renewing Plaintiff's assignment, ending Plaintiff's contract, not renewing Plaintiff's contract, not assigning Plaintiff work, terminating Plaintiff's employment, failing to hire Plaintiff, failing to permit Plaintiff to work full time, and failing to reinstate Plaintiff to a discrimination free work environment in a continuing violation.

11. Defendants were acting in their capacities of employers, or in the alternative as contractors, or in the alternative, aided and abetted the aforementioned Fair Employment and Housing Act violations.

12. Defendants' actions constitute disparate impact and disparate treatment. discrimination.

13. Plaintiff has received a Right to Sue letter from the California Civil Rights Department and has thus exhausted all necessary administrative remedies.

COMPLAINT FOR DAMAGES

**FIRST CAUSE OF ACTION**
**(Discrimination in Violation of FEHA)**
**(Against All Defendants)**

14. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

15. Defendants' actions constitute discrimination in violation of the Fair Employment and Housing Act ("FEHA").

16. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

17. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

18. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

**SECOND CAUSE OF ACTION**
**(Failure to Prevent Discrimination in Violation of FEHA)**
**(Against All Defendants)**

19. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

20. Under FEHA, it is unlawful for an employer to fail to take all reasonable steps to prevent discrimination.

21. Defendants had knowledge and/or reasonable notice of the discrimination that took place against Plaintiff and failed to prevent such.

22. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

23. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

24. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## THIRD CAUSE OF ACTION
**(Retaliation in Violation of FEHA)**
**(Against All Defendants)**

25. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

26. Defendants' actions constitute retaliation in violation of the Fair Employment and Housing Act ("FEHA").

27. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

28. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

29. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## FOURTH CAUSE OF ACTION
### (Harassment in Violation of FEHA)
### (Against All Defendants)

30. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

31. Defendants' actions constitute harassment in violation of FEHA.

32. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

33. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

34. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## FIFTH CAUSE OF ACTION
### (Failure to Prevent Harassment in Violation of FEHA)
### (Against All Defendants)

35. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

36. Defendants' actions constitute failure to prevent harassment in violation of FEHA.

37. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

38. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

39. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For payment of earned wages, withheld earnings, and other damages according to proof in an amount to be ascertained at trial;

2. For payment of all statutory obligations and penalties as required by law;

3. For penalties, special damages, compensatory, and general damages in an amount to be proven at trial;

4. For punitive damages as allowed by law;

5. Loss of income incurred and to be incurred according to proof;

6. For reasonable attorneys' fees;

7. For costs of suit incurred herein;

8. For interest provided by law;

9. All damages and penalties provided by law;

10. For restitution and other equitable relief; and

11. For such other and further relief as the court deems just and proper

Dated: August 5, 2025                                   By:   LAW OFFICE OF MICHAEL FREIMAN

                                                              /s/ Michael Freiman, Esq.
                                                              Michael Freiman, Esq.

                                                              Attorney for Plaintiff Zheng Ding

**DEMAND FOR JURY TRIAL**

Plaintiff Zheng Ding demands a jury trial.

Dated: August 5, 2025        By:    LAW OFFICE OF MICHAEL FREIMAN

/s/ Michael Freiman, Esq.
Michael Freiman, Esq.

Attorney for Plaintiff Zheng Ding